■ In the Matter of CHARLES VENTURA, Appellant, v BRIAN FISCHER, as Commissioner of New York State Department of Corrections and Community Supervision, Respondent. [994 NYS2d 879]—

Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered August 19, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner appeals from a judgment dismissing his petition pursuant to CPLR article 78 in which he sought to annul the Parole Board's determination denying his request for release to parole supervision. "This appeal must be dismissed as moot because the determination expired during the pendency of this appeal, and the Parole Board denied petitioner's subsequent request for parole release" (*Matter of Patterson v Berbary*, 1 AD3d 943, 943 [2003], *appeal dismissed and lv denied* 2 NY3d 731 [2004]; *see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Contrary to petitioner's contention, the exception to the mootness doctrine does not apply (*see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ SHARELLE REYNOLDS, Appellant, v RICHARD KELLY et al., Respondents. [994 NYS2d 880]—Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), entered December 9, 2013. The order denied plaintiff's motion for, inter alia, a protective order striking a certain report.

It is hereby ordered that said appeal is unanimously dismissed with costs (*see Pagan v Rafter*, 107 AD3d 1505, 1507 [2013]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.